# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcia Boone, ) ) Plaintiff, ) ) v. ) ) Carolyn W. Colvin, Acting Commissioner ) of the Social Security Administration, ) ) Defendant. ) _____) | **Civil Action No.:** 0:13-cv-00726-PJG **ORDER** |

Pursuant to Plaintiff's Petition for Attorney's Fees pursuant to 42 U.S.C. § 406(b) and Defendant's response, this Court awards J. Leeds Barroll 406(b) attorney's fees in the amount of $12,515.00. This is the amount that is withheld from Plaintiff's past due benefits. This is subject to a set off of EAJA fees previously awarded in the amount of $5,687.00, for a net recovery of $6,828.00.

Defendant is ordered to pay J. Leeds Barroll the sum of $6,828.00 out of past due benefits awarded to Plaintiff.

_____
Paige J. Gossett
United States Magistrate Judge

September 30, 2015
Columbia, South Carolina